FILED '09 SEP 08 11:29 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES THOMAS HARDING,       )
                              )
            Petitioner,       )
                              )   Civil No. 07-1195-TC
                              )
v.                            )
                              )   ORDER
NANCY HOWTON,                 )
                              )
            Respondent,       )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on June 26, 2009, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Petitioner has timely filed objections. I have, therefore, given *de novo* review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed June 26, 2009, in its entirety. Respondent's response [motion to deny relief] (#20) is allowed. Petitioner's petition (#2) is denied. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

2   - ORDER